Michael Zoldan; AZ Bar No. 028128
Jason Barrat; AZ Bar No. 029086
Jessica Miller; AZ Bar No. 031005
**ZOLDAN LAW GROUP, PLLC**
14500 N. Northsight Blvd., Suite 213
Scottsdale, AZ 85260
Tel & Fax: 480.442.3410
mzoldan@zoldangroup.com
jbarrat@zoldangroup.com
jmiller@zoldangroup.com

Attorneys for Plaintiff
Michelle Hanrahan

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Michelle Hanrahan**, an Arizona resident,<br><br>Plaintiff,<br><br>v.<br><br>**Lone Mountain Electric, LLC** a limited liability company; **James Lord,** an Arizona resident, **Tammy Lord,** an Arizona resident, **Lynn Meyer,** an Arizona resident, and **Hannah Rosen**, an Arizona resident<br><br>Defendants. | Case No. 2:17-CV-00107-DMF<br><br><br>**STIPULATION TO DISMISS WITH PREJUDICE**<br><br>**(Assigned to Hon. Deborah M. Fine)** |

It is hereby stipulated and agreed that the above-entitled action be dismissed with prejudice against Defendant Hannah Rosen, each party to bear its own attorneys' fees and costs.

Additionally, Plaintiff is voluntarily dismissing her claims against the remaining Defendants because Plaintiff was notified that each individual has filed for bankruptcy. Plaintiff requests that each party bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED December 13, 2017.

**ZOLDAN LAW GROUP, PLLC**

By: /s/ Jason Barrat
14500 N. Northsight Blvd, Suite 213
Scottsdale, AZ 85260
*Attorneys for Plaintiff Michelle Hanrahan*

**SCHNEIDER & ONOFRY, P.C.**

By: /s/ Jason Barrat (with permission)
Luane Rosen
3101 N. Central Ave., Suite 600
Phoenix, AZ 85012
*Attorneys for Defendant Hannah Rosen*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2017, I electronically transmitted the foregoing document to the United States District Court, District of Arizona, Court Clerk, using the CM/ECF System.  All counsel of record are registrants and are therefore served via this filing and transmittal.

By: /s/ Samantha Struve