# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **Michelle Hanrahan**, an Arizona resident,<br><br>Plaintiff,<br><br>v.<br><br>**Lone Mountain Electric, LLC** a limited liability company; **James Lord,** an Arizona resident, **Tammy Lord,** an Arizona resident, **Lynn Meyer,** an Arizona resident, and **Hannah Rosen**, an Arizona resident<br><br>Defendants. | Case No. 2:17-CV-00107-DMF<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>**(Assigned to Hon. Deborah M. Fine)** |

This matter is before the Court on the Parties Stipulation to Dismiss with Prejudice (Doc. 84). For good cause shown,

**IT IS ORDERED granting** Parties Stipulation to Dismiss with Prejudice (Doc. 84). This action is dismissed in its entirety with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 13th day of December, 2017.

_____
CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE